1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   MARIANNE STAHL,              )  NO. SACV 11-00260-RGK (MAN)
                                   )
12              Plaintiff,         )
                                   )
13       v.                        )  JUDGMENT
                                   )
14   GARRET DEGIORGIO, et al.,     )
                                   )
15              Defendants.        )
     _____)

16

17

18       Pursuant   to   the   Court's   Order   Accepting   Findings   and

19   Recommendations of United States Magistrate Judge,

20

21       IT IS ADJUDGED that the above-captioned action is dismissed without

22   prejudice,  pursuant  to  Rule  41(b)  of  the  Federal  Rules  of  Civil

23   Procedure, for lack of prosecution.

24

25   DATED:  June 28, 2012.

26

27                                   _____
                                           R. GARY KLAUSNER
28                                   UNITED STATES DISTRICT JUDGE