UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIANNE STAHL,                       ) NO. SACV 11-00260-RGK (MAN)
                                      )
            Plaintiff,                )
                                      )
    v.                                ) JUDGMENT
                                      )
GARRET DEGIORGIO, et al.,             )
                                      )
            Defendants.               )
_____)

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for lack of prosecution.

DATED: June 28, 2012.

                                        _____
                                        R. GARY KLAUSNER
                                        UNITED STATES DISTRICT JUDGE